ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CAPITOL RECORDS, INC.,

                Plaintiff,

-v-

MINT ENTERTAINMENT, LLC,

                Defendant.

------------------------------------------------------------x

04 Civ. 6903 (GEL)

OPINION AND ORDER

- 91509

GERARD E. LYNCH, District Judge:

    The parties having reported to the Court that this case has been settled, it is hereby

    ORDERED that this action is dismissed without costs and without prejudice to restoring the action to this Court's calendar, provided the application to restore the action is made within thirty days.

SO ORDERED.

Dated: New York, New York
       April 18, 2005

_____
GERARD E. LYNCH
United States District Judge

MICROFILM -9:00 AM
APR 21 2005